IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRYANT LEWIS; HELOISE LEWIS;
BARRY CARTER, TOR, INC.;
LEWARK, LLC.; TONY ALLEN;
MARY J. ALLEN; JAMES MODISETTE;
LINDA WARE BAILEY; KENNETH
WARE; DOROTHY WARE; MARY
FRANCES WARE PHILLIPS; NORMA
SULLIVAN; TRINA LOWERY;
WILLIAM LOWERY; HARRY KOLB
REVOCABLE TRUST; POLLY FOOTE;
PATRICIA SWANSON; JEROME CAMP;
PAMELA C. WARREN; and CASSIE FARRAR                               PLAINTIFFS

VS.                          CASE NO. 1:12-CV-1067

ENERQUEST OIL AND GAS, LLC.;
PETROQUEST EXPLORATION;
BP AMERICA PRODUCTION COMPANY;
DAUBERT ENERGY COMPANY, LLC;
COLT ENERGY, INC.; and
HUDDLESTON EXPLORATION, LLC                                       DEFENDANTS

**ORDER**

Before the Court is Separate Defendant EnerQuest Oil and Gas, LLC's Motion to Dismiss Parties. (ECF No. 7). EnerQuest moves the Court to Dismiss Separate Defendants Daubert Energy Company, LLC, Colt Energy, Inc., Huddleston Exploration, LLC, and PetroQuest Exploration. In Plaintiffs' Complaint (ECF No. 1), they allege that Defendants own an interest in certain leases that have been pooled together in the Chalybeat Springs Field Wide Smackover Lime Unit. Plaintiff seeks to cancel any of Defendants' leases that are on formations not presently producing. In its motion, EnerQuest points out that the four entities listed above do

not actually own an interest in any of the leases described in Plaintiffs' Complaint. Therefore, EnerQuest seeks to have these parties dismissed from the lawsuit. The Court has been informed that Plaintiff does not oppose the motion.

Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, the Court finds that Separate Defendant EnerQuest's motion (ECF No. 7) should be and hereby is **GRANTED**. Separate Defendants Daubert Energy Company, LLC, Colt Energy, Inc., Huddleston Exploration, LLC, and PetroQuest Exploration are **DISMISSED**.

**IT IS SO ORDERED**, this 28th day of November, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge